

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,034

## EX PARTE BOBBY WAYNE WOODS, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS FROM THE 355TH JUDICIAL DISTRICT COURT HOOD COUNTY

**KELLER, P.J., filed a concurring opinion.**

I still believe that the Court erred in *Blue*[1] when it held that freestanding *Atkins*[2] claims are cognizable in a subsequent application under Article[3] 11.071, §5(a)(3).[4] *Blue*'s holding in that regard was contrary to the plain language of the statute and to Supreme Court caselaw upon which the statute was patterned.[5] To the extent that today's opinion follows logically from *Blue*, that is just

---

[1] *Ex parte Blue*, 230 S.W.3d 151 (Tex. Crim. App. 2007).

[2] *Atkins v. Virginia*, 536 U.S. 304 (2002).

[3] All references to articles are to the Texas Code of Criminal Procedure.

[4] *See Blue*, 230 S.W.3d at 168-70 (Keller, P.J., concurring).

[5] *Id.*

more evidence that *Blue* was wrong in the first place.

*Blue* took the first step in opening the floodgates to last-minute, unmeritorious mental-retardation claims by holding that an applicant who could have, but did not, raise an *Atkins* claim in a prior habeas application could raise one in a subsequent application.[6] Today, the Court takes the next step by applying that holding to an applicant who has raised the *Atkins* claim in a prior application and who now wishes to relitigate the question. Now, all an applicant has to do to force this Court to engage in a time-consuming, last-minute review of the entire record is to find another family member or another expert witness who is willing to suggest that the applicant may have some sort of mental deficiency. The Court's lengthy opinion in this case is an excellent example of the time and effort that will be consumed in dispensing with the subsequent, unmeritorious applications that are likely to reach the Court in the future.

I concur in the Court's judgment but do not join its opinion.

Date filed: October 7, 2009
Publish

---

[6] *See Blue*, 230 S.W.3d at 153, 161-62.